THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DONNA HUTCHINGS MANGON | § | CASE NO.  17-50185-R |
| XXX-XX-0933 | § | |
| PO BOX 1699 | § | CHAPTER 13 |
| MOUNT PLEASANT, TX  75456 | § | |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Carey D. Ebert, Chapter 13 Trustee, in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1. All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2. The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed in this proceeding. Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3.  If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof. Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4.  The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5.  Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## TRUSTEE'S OBJECTIONS TO CLAIMS

6.  The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7.  Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8.  If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9.  If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

    CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11. Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX 75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ Carey D. Ebert
Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
H. Jefferson LeForce TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CASE NO:  17-50185-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
| --- | --- | --- | --- |
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| ACE CASH EXPRESS INC. 1231 GREENWAY DR. STE. #700 IRVING, TX 75038 | 0.00 | 0.00 0.00 | UNSECURED CLAIM NOT FILED PAYDAY LOAN CLAIM NOT TO BE PAID |
| ACE CREDIT SERVICES 3936 S. POLK ST. DALLAS, TX 75224 | 0.00 | 0.00 0.00 | NOTICE ONLY |
| ADKINS UNITED FINANCE 306 CLARKSVILLE PARIS, TX 75460 | 0.00 | 0.00 0.00 | NOTICE ONLY |
| AES/EFR PO BOX 94553 CLEVELAND, OH 44101-4553 | 0.00 | 0.00 0.00 | NOTICE ONLY |
| AES/PHEAA PO BOX 8147 HARRISBURG, PA 17105-8147 | 0.00 | 0.00 0.00 | NOTICE ONLY |
| AFNI PO BOX 3097 BLOOMINGTON, IL 61702-3097 | 0.00 | 0.00 0.00 | NOTICE ONLY |
| ALLTEL ONE ALLIED DRIVE BLDG. 5 LITTLE ROCK, AR 72202 | 0.00 | 0.00 0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| AMERICAN FINANCIAL SVCS.<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AMERICAN INFOSOURCE LP<br>AGENT FOR CHECK N GO<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>METHODIST HEALTH SYSTEM<br>METHODIST DALLAS MEDICAL CENTER<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AMERICREDIT<br>PO BOX 181145<br>ARLINGTON, TX 76096 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AMEX<br>C/O BECKETT & LEE<br>PO BOX 3001<br>MALVERN, PA 19355 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AUTO FINANCE USA<br>PO BOX 720308<br>OKLAHOMA CITY, OK 73172 | 20,904.00 | 0.00<br><br>0.00 | SECURED<br><br>COURT CLAIM REGISTRY # 4<br>2015 NISSAN JUKE<br>TO BE PAID DIRECT BY DEBTOR |
| AUTO FINANCE USA/THE KEY<br>208 WEST I-240 SERVICE RD.<br>OKLAHOMA CITY, OK 73139 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BURNS & CARLISLE INC<br>122 LEE ST.<br>SULPHUR SPRINGS, TX 75482-4343 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CAPITAL ONE AUTO FINANCE<br>3901 N. DALLAS PKWY<br>PLANO, TX 75093 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| CAPITAL ONE AUTO FINANCE<br>PO BOX 201347<br>ARLINGTON, TX 76006 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CAPITAL ONE AUTO FINANCE C/O AIS<br>PORTFOLIO SVCS LP<br>FKA AIS DATA SERVICES DBA<br>ASCENSION CAPITAL GROUP<br>PO BOX 4360<br>HOUSTON, TX 77210 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CASH AMERICA<br>17 TRIANGLE PARK<br>CINCINNATI, OH 45246 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CASH MAX<br>502 E. LOOP 281<br>LONGVIEW, TX | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CASH MAX TITLE & LOAN<br>145 N. COLLEGIATE DR.<br>PARIS, TX 75460 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CASH NET USA<br>200 W. JACKSON BLVD<br>CHICAGO, IL 60606 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CASH NET USA<br>100 EAST 3RD ST. 5TH FLOOR<br>DAYTON, OH 45402 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CASH NET USA<br>PO BOX 643990<br>CINCINNATI, OH 45264-3990 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CASHMAX<br>8140 WALNUT HILL LANE #603<br>DALLAS, TX 75231 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| CHECK N GO<br>7755 MONTGOMERY ROAD STE 400<br>CINCINNATI, OH 45236-4197 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CITIFINANCIAL<br>1000 TECHNOLOGY DR.<br>O FALLON, MO 63368-2239 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CONVERGENT OUTSOURCING<br>10750 HAMMERLY BLVD.#200<br>HOUSTON, TX 77043 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CONVERGENT OUTSOURCING<br>PO BOX 1022<br>WIXOM, MI 48393 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CREDIT PROTECTION ASSOCIATES<br>PO BOX 802068<br>DALLAS, TX 75380 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CRESCENT BANK AND TRUST<br>ATTN: BANKRUPTCY<br>PO BOX 61813<br>NEW ORLEANS, LA 70161 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DON BIARD<br>38 1ST NW<br>PARIS, TX 75460-4103 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DR. DAN MCCAULEY<br>1603 NORTH JEFFERSON AVENUE<br>MT PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DR. GARY PENN DDS<br>1418 W. JEFERSON BLVD.<br>DALLAS, TX 75208-5325 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| ECAST SETTLEMENT CORP ASSIGNEE<br>OF CITIFINANCIAL INC.<br>PO BOX 29262<br>NEW YORK, NY 10087 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ECMC<br>CAPITAL ONE RETAIL SRVS/ATTN:<br>BANKRUPTCY<br>PO BOX 30258<br>SALT LAKE CITY, UT 84130 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ECMC<br>PO BOX 16478<br>SAINT PAUL, MN 55176 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ECMC<br>PO BOX 16408<br>SAINT PAUL, MN 55116-0408 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| EDUCATIONAL CREDIT MANAGEMENT<br>PO BOX 16408<br>SAINT PAUL, MN 55116-0408 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| EFR<br>AES/PHEAA<br>PO BOX 8183<br>HARRISBURG, PA 17105-8183 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| FIRST CASH<br>90 E LAMAR BLVD #400<br>ARLINGTON, TX 76011 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| FIRST FEDERAL COMMUNITY BANK<br>PO BOX 370<br>PARIS, TX 75460 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| FIRST FEDERAL COMMUNITY BANK<br>P. O. BOX 370<br>PARIS, TX 75460-0370 | 6,491.99 | 6.25<br><br>115.38 | MORTGAGE ARREARAGE<br><br>COURT CLAIM REGISTRY # 6<br>HOMESTEAD ARREARS<br>TO BE PAID IN FULL |

| | | | |
|---|---|---|---|
| FIRST FEDERAL COMMUNITY BANK<br>P. O. BOX 370<br>PARIS, TX 75460-0370 | 33,146.88 | 0.00<br><br>0.00 | MORTGAGE ON-GOING PAYMENTS<br><br>COURT CLAIM REGISTRY # 6<br>HOMESTEAD<br>TO BE PAID DIRECT BY DEBTOR |
| FIRST FEDERAL COMMUNITY BANK<br>C/O DON BIARD<br>38 1ST NW<br>PARIS, TX 75460-4103 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| GOLD STAR FINANCE<br>612 W. MAIN<br>DENISON, TX 75020 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| GORDON MOSLEY<br>ATTORNEY AT LAW<br>4411 OLD BULLARD ROAD #700<br>TYLER, TX 75703 | 3,800.00 | 0.00<br><br>0.00 | ATTORNEY FEE<br><br>$200.00 FEES PAID DIRECT<br>TO BE PAID AS ADMINISTRATIVE |
| GORDON MOSLEY<br>4411 OLD BULLARD RD. STE. 700<br>TYLER, 75703 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| IC SYSTEMS<br>PO BOX 64378<br>ST. PAUL, MN 55164-0378 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| JAMES HOGAN<br>AMERICREDIT FINANCIAL SERVICES INC.<br>4000 EMBARCO DR.<br>ARLINGTON, TX 76014 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LIVE OAK PROFESSIONAL CENTER<br>122 LEE STREET<br>SULPHUR SPRINGS, TX 75482-4343 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MBNA<br>PO BOX 15725<br>WILMINGTON, DE 19885 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| MONEY KEY<br>3422 OLD CAPITOL SUITE 1613<br>WILMINGTON, DE 19808 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>PAYDAY LOAN<br>CLAIM NOT TO BE PAID |
| MONEY KEY<br>3422 OLD CAPITOL TRAIL STE 1681<br>WILMINGTON, DE 19808 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| NATIONAL CREDIT ADJUSTERS<br>327 WEST 4TH STREET<br>P. O. BOX 3023<br>HUTCHINSON, KS 67504-3023 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>TOLL FEES<br>CLAIM NOT TO BE PAID |
| PEDIATRIC CLINIC<br>2001 N. JEFFERSON #300<br>MT. PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK, VA 23541-1067 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PROFESSIONAL ACCOUNT MANAGEMENT<br>LLC<br>PO BOX 866608<br>PLANO, TX 75086 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| QUILLING SELANDER CUMMISKEY &<br>LOWNDS PC<br>2001 BRYAN STREET, SUITE 1800<br>DALLAS, TX 75201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131<br>ATTENTION: RAMESH, | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| REGIONAL ACCEPTANCE CO.<br>ATTN: BANKRUPTCY<br>266 BEACON AVE.<br>WINTERVILLE, NC 28590 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SEC./100-50-01-51<br>PO BOX 1847<br>WILSON, NC 27894 | 350.00 | 0.00<br><br>175.00 | ADEQUATE PROTECTION<br><br>COURT CLAIM REGISTRY # 3<br>2016 MITSUBISHI OUTLANDER<br>TO BE PAID IN FULL |
| REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SEC./100-50-01-51<br>PO BOX 1847<br>WILSON, NC 27894 | 27,855.19 | 4.75<br><br>583.87 | SECURED<br><br>COURT CLAIM REGISTRY # 3<br>2016 MITSUBISHI OUTLANDER<br>TO BE PAID IN FULL |
| REGIONAL ACCEPTANCE CORP<br>PO BOX 830913<br>BIRMINGHAM, AL 35283 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| REX LAW DDS<br>202 LAFAYETTE ST.<br>PITTSBURG, TX 75686-1630 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SECURITY FINANCE<br>PO DRAWER 1893<br>SPARTANBURG, SC 29304 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SECURITY FINANCE<br>111 WEST ARIZONA<br>MOUNT PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SHUMATE FLOOR COVERINGS<br>1216 N. JEFFERSON AVE.<br>MOUNT PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES PERFORMED<br>CLAIM NOT TO BE PAID |

| | | | |
|---|---|---|---|
| SPEEDY CASH<br>CUSTOMER RELATIONS<br>8400 E. 32ND STREET NORTH<br>WICHITA, KS 67226 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SPRINT NEXTEL<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SUDDENLINK MEDIA<br>6013 63RD STREET<br>LUBBOCK, TX 79424-2718 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TAYLOR RICCI & ASSOCIATES<br>20555 DEVONSHIRE STREET 488<br>CHATSWORTH, CA 91311 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TEXAS CAR TITLE & PAYDAY LOAN<br>223 US HWY 80<br>GLADEWATER, TX 75647 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>PAYDAY LOAN<br>CLAIM NOT TO BE PAID |
| TEXAS CAR TITLE & PAYDAY LOAN<br>SERVICE<br>C/O LEGAL DEPT.<br>8601 DUNWOODY PLACE STE. 406<br>ATLANTA, GA 30350-2550 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TEXAS LOAN CORPORATION<br>PO BOX 910<br>EULESS, TX 76039 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| THE KEY DBA AUTO FINANCE USA<br>PO BOX 720308<br>OKLAHOMA CITY, OK 73172 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TIMOTHY R. TAYLOR<br>PO BOX 1212<br>MOUNT PLEASANT, TX 75456-1212 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| TITUS COUNTY & HOSPITAL DISTRICT<br>313 N. JEFFERSON STREET<br>MT. PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TITUS COUNTY APPRAISAL DISTRICT<br>PO BOX 528<br>MT PLEASANT, TX 75456-0528 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TITUS COUNTY TAX ASSESSOR<br>105 W FIRST ST #101<br>MT PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TOLEDO FINANCE<br>111 WEST 3RD STREET<br>MOUNT PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SIGNATURE LOAN<br>CLAIM NOT TO BE PAID |
| US ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC 20530-0001 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 NORTH COLLEGE AVENUE, SUITE 300<br>TYLER, TX 75702-7231 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| VERIZON<br>VERIZON WIRELESS BANKRUPTCY<br>ADMINISTRATI<br>500 TECNOLGY DR STE 500<br>WELDON SPRINGS, MO 63304 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| VERIZON<br>PO BOX 105378<br>ATLANTA, GA 30348 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON IL 61702-3397<br>ATTN:, | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| WESTERN FINANCE<br>801 S. ABE ST.<br>SAN ANGELO, TX 76903 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| WORLD FINANCE<br>648 S. JEFFERSON<br>MT. PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SIGNATURE LOAN<br>CLAIM NOT TO BE PAID |
| WORLD FINANCE CORPORATION<br>648 S JEFFERSON AVE<br>MOUNT PLEASANT, TX 75455 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ZIPCASH C/O NTTA<br>5900 W. PLANO PKWY<br>PLANO, TX 75093 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ZIPCASH C/O NTTA<br>5555 PRES. GEORGE BUSH TURNPIKE<br>IRVING, TX 75038 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

CASE NO:  17-50185-R

## SECTION II

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
| --- | --- | --- | --- |
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| CASHMAX<br>1827 TEXOMA PARKWAY #300<br>SHERMAN, TX 75090 | 205.85 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 9<br>PAYDAY LOAN<br>TO BE PAID AS UNSECURED |
| CRESCENT BANK & TRUST<br>P.O. BOX 1407<br>CHESAPEAKE, VA 23327-1407 | 11,582.35 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 8<br>DEFICIENCY ON AN AUTOMOBILE<br>TO BE PAID AS UNSECURED |
| ECMC<br>LOCKBOX #8682<br>P. O. BOX 16478<br>ST. PAUL, MN 55116-0478 | 19,213.92 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 5<br>EDUCATIONAL<br>TO BE PAID AS UNSECURED |
| NATIONAL CREDIT ADJUSTERS, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 3023<br>HUTCHINSON, KS 67504 | 508.52 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 1<br>PAYDAY LOAN<br>TO BE PAID AS UNSECURED |
| SFC - CENTRAL BANKRUPTCY<br>P. O. BOX 1893<br>SPARTANBURG, SC 29304-1893 | 414.00 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 2<br>SIGNATURE LOAN<br>TO BE PAID AS UNSECURED |
| VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124 | 1,436.34 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 7<br>PHONE BILL<br>TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DONNA HUTCHINGS MANGON | § | CASE NO.  17-50185-R |
| XXX-XX-0933 | § | |
| PO BOX 1699 | § | CHAPTER 13 |
| MOUNT PLEASANT, TX  75456 | § | |
| | § | |
| DEBTOR | § | |

CERTIFICATE OF SERVICE


   This is to certify that a true and correct copy of the foregoing  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

DONNA HUTCHINGS MANGON
PO BOX 1699
MOUNT PLEASANT, TX  75456


GORDON MOSLEY
ATTORNEY AT LAW
4411 OLD BULLARD ROAD #700
TYLER, TX  75703


and to the parties on the attached mailing matrix.

Dated:   July 11, 2018

/s/ Carey D. Ebert, Chapter 13 Trustee
Office of the Standing Chapter 13 Trustee

\* ACE CASH EXPRESS INC.
1231 GREENWAY DR. STE. #700
IRVING, TX  75038

ACE CREDIT SERVICES
3936 S. POLK ST.
DALLAS, TX  75224

ADKINS UNITED FINANCE
306 CLARKSVILLE
PARIS, TX  75460

AES/EFR
PO BOX 94553
CLEVELAND, OH  44101-4553

AES/PHEAA
PO BOX 8147
HARRISBURG, PA  17105-8147

\* AFNI
PO BOX 3097
BLOOMINGTON, IL  61702-3097

ALLTEL
ONE ALLIED DRIVE BLDG. 5
LITTLE ROCK, AR  72202

AMERICAN FINANCIAL SVCS.
PO BOX 183853
ARLINGTON, TX  76096

AMERICAN INFOSOURCE LP
AGENT FOR CHECK N GO
PO BOX 248838
OKLAHOMA CITY, OK  73124-8838

AMERICAN INFOSOURCE LP AS AGENT FOR
METHODIST HEALTH SYSTEM
METHODIST DALLAS MEDICAL CENTER
PO BOX 248838
OKLAHOMA CITY, OK  73124

\* AMERICREDIT
PO BOX 181145
ARLINGTON, TX  76096

AMEX
C/O BECKETT & LEE
PO BOX 3001
MALVERN, PA  19355

AUTO FINANCE USA
PO BOX 720308
OKLAHOMA CITY, OK  73172

AUTO FINANCE USA/THE KEY
208 WEST I-240 SERVICE RD.
OKLAHOMA CITY, OK  73139

BURNS & CARLISLE INC
122 LEE ST.
SULPHUR SPRINGS, TX  75482-4343

CAPITAL ONE AUTO FINANCE
3901 N. DALLAS PKWY
PLANO, TX  75093

CAPITAL ONE AUTO FINANCE
PO BOX 201347
ARLINGTON, TX  76006

CAPITAL ONE AUTO FINANCE C/O AIS
PORTFOLIO SVCS LP
FKA AIS DATA SERVICES DBA ASCENSION
CAPITAL GROUP
PO BOX 4360
HOUSTON, TX  77210

CASH AMERICA
17 TRIANGLE PARK
CINCINNATI, OH  45246

CASH MAX
502 E. LOOP 281
LONGVIEW, TX

CASH MAX TITLE & LOAN
145 N. COLLEGIATE DR.
PARIS, TX  75460

CASH NET USA
200 W. JACKSON BLVD
CHICAGO, IL  60606

CASH NET USA
100 EAST 3RD ST. 5TH FLOOR
DAYTON, OH  45402

CASH NET USA
PO BOX 643990
CINCINNATI, OH  45264-3990

CASHMAX
1827 TEXOMA PARKWAY #300
SHERMAN, TX  75090

CASHMAX
8140 WALNUT HILL LANE #603
DALLAS, TX  75231

CHECK N GO
7755 MONTGOMERY ROAD STE 400
CINCINNATI, OH  45236-4197

CITIFINANCIAL
1000 TECHNOLOGY DR.
O FALLON, MO 63368-2239

CONVERGENT OUTSOURCING
10750 HAMMERLY BLVD.#200
HOUSTON, TX 77043

CONVERGENT OUTSOURCING
PO BOX 1022
WIXOM, MI 48393

* CREDIT PROTECTION ASSOCIATES
PO BOX 802068
DALLAS, TX 75380

CRESCENT BANK & TRUST
P.O. BOX 1407
CHESAPEAKE, VA 23327-1407

CRESCENT BANK AND TRUST
ATTN: BANKRUPTCY
PO BOX 61813
NEW ORLEANS, LA 70161

DON BIARD
38 1ST NW
PARIS, TX 75460-4103

DR. DAN MCCAULEY
1603 NORTH JEFFERSON AVENUE
MT PLEASANT, TX 75455

DR. GARY PENN DDS
1418 W. JEFERSON BLVD.
DALLAS, TX 75208-5325

ECAST SETTLEMENT CORP ASSIGNEE
OF CITIFINANCIAL INC.
PO BOX 29262
NEW YORK, NY 10087

ECMC
CAPITAL ONE RETAIL SRVS/ATTN:
BANKRUPTCY
PO BOX 30258
SALT LAKE CITY, UT 84130

ECMC
PO BOX 16478
SAINT PAUL, MN 55176

ECMC
PO BOX 16408
SAINT PAUL, MN 55116-0408

ECMC
LOCKBOX #8682
P. O. BOX 16478
ST. PAUL, MN 55116-0478

EDUCATIONAL CREDIT MANAGEMENT
PO BOX 16408
SAINT PAUL, MN 55116-0408

EFR
AES/PHEAA
PO BOX 8183
HARRISBURG, PA 17105-8183

FIRST CASH
90 E LAMAR BLVD #400
ARLINGTON, TX 76011

FIRST FEDERAL COMMUNITY BANK
PO BOX 370
PARIS, TX 75460

FIRST FEDERAL COMMUNITY BANK
P. O. BOX 370
PARIS, TX 75460-0370

FIRST FEDERAL COMMUNITY BANK
C/O DON BIARD
38 1ST NW
PARIS, TX 75460-4103

GOLD STAR FINANCE
612 W. MAIN
DENISON, TX 75020

GORDON MOSLEY
4411 OLD BULLARD RD. STE. 700
TYLER, 75703

* IC SYSTEMS
PO BOX 64378
ST. PAUL, MN 55164-0378

JAMES HOGAN
AMERICREDIT FINANCIAL SERVICES INC.
4000 EMBARCO DR.
ARLINGTON, TX 76014

LIVE OAK PROFESSIONAL CENTER
122 LEE STREET
SULPHUR SPRINGS, TX 75482-4343

MBNA
PO BOX 15725
WILMINGTON, DE 19885

MONEY KEY
3422 OLD CAPITOL SUITE 1613
WILMINGTON, DE 19808

MONEY KEY
3422 OLD CAPITOL TRAIL STE 1681
WILMINGTON, DE  19808

NATIONAL CREDIT ADJUSTERS
327 WEST 4TH STREET
P. O. BOX 3023
HUTCHINSON, KS  67504-3023

NATIONAL CREDIT ADJUSTERS, LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3023
HUTCHINSON, KS  67504

NTTA
PO Box 660244
Dallas, TX 75266-0244

PEDIATRIC CLINIC
2001 N. JEFFERSON #300
MT. PLEASANT, TX  75455

PERITUS PORTFOLIO SERVICES II LLC
PO BOX 141419
IRVING, TX  75014-1419

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK, VA  23541-1067

PROFESSIONAL ACCOUNT MANAGEMENT
LLC
PO BOX 866608
PLANO, TX  75086

QUILLING SELANDER CUMMISKEY &
LOWNDS PC
2001 BRYAN STREET, SUITE 1800
DALLAS, TX 75201

RECOVERY MANAGEMENT SYSTEMS CORP.
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131
ATTENTION: RAMESH,

REGIONAL ACCEPTANCE CO.
ATTN: BANKRUPTCY
266 BEACON AVE.
WINTERVILLE, NC 28590

REGIONAL ACCEPTANCE CORP
BANKRUPTCY SEC./100-50-01-51
PO BOX 1847
WILSON, NC 27894

* REGIONAL ACCEPTANCE CORP
PO BOX 830913
BIRMINGHAM, AL  35283

REX LAW DDS
202 LAFAYETTE ST.
PITTSBURG, TX  75686-1630

SECURITY FINANCE
PO DRAWER 1893
SPARTANBURG, SC  29304

SECURITY FINANCE
111 WEST ARIZONA
MOUNT PLEASANT, TX  75455

SFC - CENTRAL BANKRUPTCY
P. O. BOX 1893
SPARTANBURG, SC  29304-1893

SHUMATE FLOOR COVERINGS
1216 N. JEFFERSON AVE.
MOUNT PLEASANT, TX  75455

SPEEDY CASH
CUSTOMER RELATIONS
8400 E. 32ND STREET NORTH
WICHITA, KS  67226

* SPRINT NEXTEL
ATTN: BANKRUPTCY DEPT.
PO BOX 7949
OVERLAND PARK, KS  66207

SUDDENLINK MEDIA
6013 63RD STREET
LUBBOCK, TX  79424-2718

TAYLOR RICCI & ASSOCIATES
20555 DEVONSHIRE STREET 488
CHATSWORTH, CA  91311

TEXAS CAR TITLE & PAYDAY LOAN
223 US HWY 80
GLADEWATER, TX  75647

TEXAS CAR TITLE & PAYDAY LOAN
SERVICE
C/O LEGAL DEPT.
8601 DUNWOODY PLACE STE. 406
ATLANTA, GA  30350-2550

TEXAS LOAN CORPORATION
PO BOX 910
EULESS, TX  76039

THE KEY DBA AUTO FINANCE USA
PO BOX 720308
OKLAHOMA CITY, OK  73172

TIMOTHY R. TAYLOR
PO BOX 1212
MOUNT PLEASANT, TX  75456-1212

TITUS COUNTY & HOSPITAL DISTRICT
313 N. JEFFERSON STREET
MT. PLEASANT, TX  75455

TITUS COUNTY APPRAISAL DISTRICT
PO BOX 528
MT PLEASANT, TX  75456-0528

TITUS COUNTY TAX ASSESSOR
105 W FIRST ST #101
MT PLEASANT, TX  75455

TOLEDO FINANCE
111 WEST 3RD STREET
MOUNT PLEASANT, TX  75455

US ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
MAIN JUSTICE BUILDING
10TH & CONSTITUTION AVE., NW
WASHINGTON, DC  20530-0001

* US TRUSTEE
OFFICE OF THE U.S. TRUSTEE
110 NORTH COLLEGE AVENUE, SUITE 300
TYLER, TX  75702-7231

VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK  73118-7901

VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 248838
OKLAHOMA CITY, OK  73124

VERIZON
VERIZON WIRELESS BANKRUPTCY
ADMINISTRATI
500 TECNOLGY DR STE 500
WELDON SPRINGS, MO  63304

VERIZON
PO BOX 105378
ATLANTA, GA  30348

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON IL 61702-3397
ATTN:,

WESTERN FINANCE
801 S. ABE ST.
SAN ANGELO, TX  76903

* WORLD FINANCE
648 S. JEFFERSON
MT. PLEASANT, TX  75455

WORLD FINANCE CORPORATION
648 S JEFFERSON AVE
MOUNT PLEASANT, TX  75455

ZIPCASH C/O NTTA
5900 W. PLANO PKWY
PLANO, TX  75093

ZIPCASH C/O NTTA
5555 PRES. GEORGE BUSH TURNPIKE
IRVING, TX  75038