**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Donna Hutchings Mangon** | § | **CASE NO. 17-50185** |
| SSN: xxx-xx-0933 | § | |
| | § | |
| 84 CR 1120 | § | **CHAPTER 13** |
| Mount Pleasant, TX 75455 | § | |
| | § | |
| **DEBTOR** | | |

**WITNESS AND EXHIBIT LIST OF DEBTOR**

COMES NOW, Donna Hutchings Mangon , DEBTOR, making and filing this witness and exhibit list pursuant to Local Bankruptcy Rule 9014 (c) and would show the following:

1. <u>Hearing date and time.</u>  Hearing on Motion of FIRST FEDERAL COMMUNITY BANK for Relief From the Automatic Stay, Thursday, November 8, 2018 at 11:05 a.m.- Telephonic Hearing..

2. <u>Witnesses.</u>  DEBTOR may call the following persons to testify on these matters:
   a.  Donna Hutchings Mangon or
   b. Any Witness listed on any other party's list or offered at trial
   c. Any rebuttal or impeachment witness offered by any other party

   <u>Exhibits.</u>
   a. Debtors' Bankruptcy Petition and supporting schedules;

The undersigned reserves the right to offer any other exhibits or testimony that is either (a) designated by FIRST FEDERAL COMMUNITY BANK, or (b) necessary and appropriate as rebuttal evidence.

          Respectfully submitted,

          **/s/Gordon Mosley**
          GORDON MOSLEY
          State Bar No. 00791311
          4411 Old Bullard Road, Suite 700
          Tyler, Texas 75703
          Telephone:  (903) 534-5396
          Fax:  (903) 581-4038

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing list was served via facsimile or electronic mail to the following parties:

**CHAPTER 13 TRUSTEE**
Carey Ebert
110 North College, 12th Floor
Tyler, TX  75702

**OPPOSING COUNSEL**
McCaughlin, Hutchinson, & Biard, LLP
Attorney of Record: Don Biard
38 First Street Northwest
Paris, Texas 75460

Date: November 1, 2018

        **/s/Gordon Mosley**
        GORDON MOSLEY